# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2010

137111 (186)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

ANTHONY PELLEGRINO, Individually and as
Personal Representative of the Estate of
SHIRLEY ANN PELLEGRINO,
      Plaintiffs-Appellees,

v

SC: 137111
COA: 274743
Wayne CC: 03-325462-NI

AMPCO SYSTEM PARKING,
      Defendant-Appellant.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for release of the award of defendant's taxed bill of costs and withdrawal of plaintiff's motion for review of taxation of costs is considered, and the motion for review of taxation of costs is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2010

Clerk

p1123